NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY D. PITTS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7109

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0280, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**ORDER**

Larry D. Pitts moves for a 33-day extension of time, until September 14, 2011, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 1 8 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Larry D. Pitts
    Nicholas Jabbour, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2011

JAN HORBALY
-CLERK